B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Midvale Lodging, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **45-4945851** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**280 W. 7200 South**<br>**Midvale, UT**<br>ZIP CODE **84047** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**8000 Warren Parkway**<br>**Suite 206**<br>**Frisco, TX**<br>ZIP CODE **75034** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (If debtor is not one of the above entities, check this box and state type of entity below.) **Municipality**

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:    Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.69.1, ID 1846160172)*

**B1 (Official Form 1) (12/11)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Midvale Lodging, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.69.1, ID 1846160172)*

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Midvale Lodging, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

X **/s/ Joyce Lindauer**_____

**Joyce Lindauer**               Bar No. **21555700**

**Joyce W. Lindauer**
**Attorney at Law & Mediator**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, TX 75231**
Phone No. **(972) 503-4033**      Fax No. **(972) 503-4034**

**4/2/2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Midvale Lodging, LLC**

X **/s/ Bawa Dhillon**_____
Signature of Authorized Individual

**Bawa Dhillon**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**4/2/2013**
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.69.1, ID 1846160172)*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Midvale Lodging, LLC**                                                         CASE NO

                                                                                                          CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/2/2013                                                         Signature  /s/ Bawa Dhillon
                                                                                          *Bawa Dhillon*
                                                                                          *Managing Member*

Date _____                            Signature _____

```
A.S.A.P. Plumbing & Drains
1405 E. Galaxie
Sandy, UT 84093


Able Access Elevator, LLC
680 N. 1000 West, Unit 8
Centerville, UT 84014


Absolute Doors
3991 W. 4865 South
Taylorsville, UT 84118


Accent Surfaces
4103 S. 500 West
Murray, UT 84123


Adrem Technologies
PO Box 540263
North Salt Lake, UT 84054


All Signs Systems
2117 Commercial St., NE
Albuquerque, NM 87102


Allied Waste
675 Gladiola St.
Salt Lake City, UT 84104


American Express
Pegasus Solutions
PO Box 801347
Dallas, TX 75380


American Fire Wood and Trees Service
388 Boynton Rd.
Kaysville, UT 84037
```

```
Any Hour
1213 W. Pacific Avenue
Salt Lake City, UT 84104



Any Time Glass Service, Inc.
3000 S. West Temple Street
Suite B
Salt Lake City, UT 84115



Artistic Bath Refinishing
542 W. 9460 S.
Sandy, UT 84070



Artistic Wholesale Supply
7150 S. 300 West
Midvale, UT 84047



Aspen Countertops
158 W. 4640 S.
Murray, UT 84107



AT&T Services, Inc.
PO Box 32145
Fridley, MN 55432



Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548



Bailys Moving & Storage
400 N. 7 00 W.
North Salt Lake, UT 84054



Best Western Int'l, Inc.
PO Box 53505
Phoenix, AZ 85072
```

```
BestComm Networks
5605 E. River Rd.
Suite 219
Tuscan, AZ 85750


Blacktop Service
1905 W. 4700 S.
Salt Lake City, UT 84129


Booking.com
5295 Paysphere Circle
Chicago, IL 60674


Brick Design Co.
7608 Holden Street
Suite 1
Midvale, UT 84047


Bytendorp Enterprises Landscaping
PO Box 95368
South Jordan, UT 84095


Check City
2120 S. State Street
Salt Lake City, UT 84047


City of Midvale
655 W. Center St.
Midvale, UT 84047


CKI Solutions
3324 NE 32nd St.
Fort Lauderdale, FL 33308


Coast to Coast
4277 Valley Fair Street
Simi Valley, CA 93063
```

```
Comfort Solutions
7200 S. 300 W.
Midvale, UT 84047



Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711



Courtesy Products
PO Box 840020
Kansas City, M O 64184



Crystal Clean Carpets.Net
3558 River Rd.
Ogden, UT 84405



Culligan
PO Box 65758
Salt Lake City, UT 84165



Despain Craftsmanship, Inc.
PO Box 57754
Murray, UT 84157



Destination Travel Network
7458 N. La Cholla Blvd.
Suite 100
Tucson, AZ 85741



Direct TV
PO Box 60036
Los Angeles, CA 90060



DL Shippen Concrete
608 S. Manin St.
Layton, UT 84041
```

```
Dorsey & Whitney LLP
136 S. Main St.
Suite 1000
Salt Lake City, UT 84101


E.M Systems, Inc.
1931 W. 2425 S.
Woods Cross, UT 84087


Eagle Electric
7000 S. Commerce Park Dr.
Suite 100
Midvale, UT 84047


ECO Advertising
PO Box 2173
Keaau, HI 96749


Ecolab
PO Box 100512
Pasadena, CA 91189


Evans Laundry Equipment
3463 W. 1987 S.
Salt Lake City, UT 84104


Expedia
PO Box 846351
Dallas, TX 75284


Fitco Fitness Center Outfitters
2101 Midway Rd.
Suite 240
Carrollton, TX 75006


G4S Secure Solutions
2702 S. 3600 W.
Suite B & C
West Vallely City, UT 84119
```

Gabriela Sanchez
Best Western International
6201 N. 24th Parkway
Phoenix, AZ 85016


Great Western Roofing & Construction Inc
966 W. 8150 S.
Willard, UT 84340


Greater Sandy Area Chamber of Commerce
9350 S. 150 E.
Suite 580
Sandy, UT 84070


H & E Sales
298 E. 750 S.
Farmington, UT 84025


HD Facilities Maintenance, Ltd.
PO Box 509058
San Diego, CA 92150


High Definition Satellite, Inc.
10118 S. Redwood Rd.
Suite A
S. Jordan, UT 84095


HOJ Forklift
4645 S. 400 W.
Salt Lake City, UT 84123


Integra Telecom
PO Box 2966
Milwaukee, WI 53201


Intercontinental Hotels Group
Three Ravinia Dr.
Suite 100
Atlanta, GA 30346

```
Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242



Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114



Jim Weishan
107 F St.
Salt Lake City, UT 84103



Juice Dispensing Systems, L.C.
1314 W. 5450 S.
Riverdale, UT 84405



Labor Commission Safety Division
PO Box 146620
Salt Lake City, UT 84114



Lighting Maintenance & Service, Inc.
663 W. 4330 S.
Salt Lake City, UT 84123



Lighting Specialists, Inc.
7515 S. State
Midvale, UT 84047



Linebarger Goggan Blair & sampson
University Center, Ste. 1720
2323 Bryan Street
Dalals, Texas 75201



Magnusin Hotels
525 E. Mission Avenue
Spokane, WA 99202
```

Main Street Electric
988 W. 8150 S.
Willard, UT 84340


Maximiliano G. Elliff
540 E. 6340 S.
Murray, UT 84107


Media One - The Salt Lake Tribune
PO Box 704005
West Valley City, UT 84170


Micros Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046


Midvale City Corporation
655 W. Center St.
Midvale, UT 84047


Modern Display
424 S. 700 E.
Salt Lake City, UT 84102


Mountain Coast
13220 Evening Creek Dr. S.
Suite 107
San Diego, CA 92128


Mountain Crane Services
PO Box 990
Riverton, UT 84065


Mountain Valley Plumbing, Inc.
15203 S. Camp Williams Rd.
Bluffdale, UT 84065

```
Norjac, LLC
1485 Stern Dr.
Taylorsville, UT 84123




Old World Stone-Installation
305 W. 2880 S.
Salt Lake City, UT 84115




Pac-Van Inc.
75 Remittance Dr.
Suite 3300
Chicago, IL 60675




Professional Image
PO Box 807
Slidell, LA 70459




Project Stone by Belstone
7658 Haskel Ave.
Van Nuys, CA 91406




Quality Exterminators, LLC
PO Box 18545
Kearns, UT 84118




Quality Painting 4 Less
1600 W. 2200 S.
Suite 410
West Valley City, UT 84119


Quality West Construction
2802 W. 3500 S.
West Valley City, UT 84119




Robert Beisinger Floors
```

```
Rocky Mountain Audio
10532 Clearview Dr.
Sandy, UT 84070



Rocky Mountain Power
1033 NE 6th Ave.
Portland, OR 97256



Roger Pate
Pate Development Company



Rosewood Industries, Inc.
1203 E. Central Terrace
Stigler, OK 74462



Rubin Hotel Furnishings
280 W. 7200 S.
Midvale, UT 84047



Scottissue
3275 Dryden Rd.
Dayton, OH 45439



Select Comfort Heating & Air
6678 S. 3235 W.
West Jordan, UT 84084



Serta Mattress Co.
1620 S. Empire Rd.
Salt Lake City, UT 84104



SLCO - Salt Lake Valley Health Dept.
Environmental Health Division
788 E. Woodoak Lane
Murray, UT 84107
```

```
Sobel Westex
2870 S. Western Ave.
Las Vegas, NV 89109


Steve Predrickson
12246 S. Bluff View Dr.
Sandy,  UT 84092


Superior Asphalt Salt Lake City
PO Box 450
Magna, UT 84044


Supplies on the Fly
1305 Chastain Rd. NW
Bldg. 100, Suite 500
Kennesas, GA 30144


Sysco Intermountain
PO Box 27638
Salt Lake City, UT 84127


Teldata
2561 E. 3370 S.
Salt Lake City, UT 84109


Telephone Resources & Manjagement, Inc.
PO Box 683244
Park City, UT


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


The LockSmith Group, Inc.
8658 E. Summit Rd.
Parker, CO 80138
```

```
TICO Time and Instrument
6905 S. 1300 E.
Suite 478
Midvale, UT 84047


Timpview Analytical Laboratories
1165 N. 1600 W.
Orem, UT 84057


Travel America Visitor Guide
27655 Forbes Rd.
Suite 103
Laguna Niguel, CA 92677


Travel Collaborative
625 Mt. Auburn St.
Cambridge, MA 02138


Travel Media Group
PO Box 3828
Norfolk, VA 23514


Travellinggreen.com
2020 Pennsylvania Ave.
Suite 852
Washington, DC 20006


True Phaze Electric
PO Box 702
Brigham City, UT 84302


U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231
```

Uline
Attn: Accounts Receivable
2200 S. Lakeside Dr.
Waukegan, IL 60085


Uniquest of Tennessee, Inc.
1035 Acorn Dr.
Nashville, TN 37210


Universal Business Systems
PO Box 461
Midvale, UT 84047


Utah Dept. of Workforce Services
PO Box 45249
Salt Lake City, UT 84145


Utah Ski & Snowboard Association
150 W. 500 S.
Salt Lake City, UT 84101


Utah State Tax Commission
210 N. 1950 W.
Salt Lake City, UT 84134


Utah.com
1431 S. 550 E.
Orem, UT 84097


Visit Salt Lake
90 S. West Temple
Salt Lake City, UT 84101


Vistar
PO Box 951080
Dallas, TX 75395

```
Western Fence Company
6020 S. 300 W.
Murray, UT 84107



Winsholesale National Sales
3110 Kettering Blvd.
Dayton, OH 45439



Z Tay's Lawn Care
6148 S. 4205 S.
West Valley City, UT 84128
```