# **EXHIBIT B**

## PROMISSORY NOTE

FOR VALUE RECEIVED, The undersigned, Midvale Lodging, LLC, jointly and severally promise to pay to the order of Milcor I, LLC, the sum of **One Million Five Hundred Thousand dollars and Zero cents($1,500,000.00)**, together with interest from the date of **May 1, 2012**, at the rate of **Seven point Two Five (7.25%)**, per annum on the unpaid principal, said principal and accrued interest due and payable as follows:

Monthly installments of $10,000.00 each, beginning on the first day of June 2012 and to continue in the same amount on the first day of each and every month thereafter until and through the December 1, 2012 installment. Beginning on the first day of January 2013 monthly installments of principal and interest in the amount of $16,728.00 shall commence and shall continue in the same amount on the first day of each and every month thereafter until entire principal balance together with accrued interest is paid in full.
Borrower may prepay this note at any time following the twelfth month of the execution of the note herein, however any prepayment amount over five (5.00%) percent of the then current principal balance must be preceded with a 6 month notice being provided to the note holder. In the event that borrower does not provide 6 months advanced notice to the holder of this note, the holder shall have the right to reject the payment.

In addition to the monthly installments referenced above, the maker agrees to make payments of $4,334.00 with each and every monthly installment from June 1, 2012 through and including November 1, 2012 for real property taxes. Beginning on December 1, 2012 the make shall make payments of $3,050.00 with each and every installment of principal and interest until the balance is paid in full. This amount is subject to change based on the increase of the real property taxes, the borrower shall be responsible for the increase in this amount and shall increase the amount of the payment upon receiving notice from the county treasurer.

Each payment shall be applied first toward the payment or satisfaction of accrued or unpaid interest and the remainder, if any, shall be applied to the reduction of the outstanding principal balance. Any such installment not received when due shall be assessed a late fee as follows. Interest shall be calculated on the basis of the actual number of day outstanding over a 365-day year.

If payment is not made on the due date a late fee of **Ten (10.00%)** of the amount overdue will be assessed.

If default occurs in the payment of said installments of principal and interest or any part thereof, the holder hereof, at its option and with or without notice or demand,, may declare the entire principal balance together with accrued and unpaid interest due and payable in full.

If this note is collected by an attorney after default in the payment of principal and interest, either with or without suit, the undersigned jointly and severally agree and promise to pay any and all collection fees, including a reasonable attorneys fee.

The makers, sureties, guarantors and endorsers hereof severally waive presentment for payments, deman and notice of dishonor, and consent to any and all extensions of time, renewals, waivers or modifications that may be granted by the holder hereof.'

Dated: April 16, 2012

Read and Approved:
Milcor I, LLC

By: _____
Kent Milligan, Manager

Midvale Lodging, LLC

By: _____
Bawa Dhillon, Manager

1